| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | BPA Michael Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Catalin MICLESCU

Case No. Case: 2:25–mj–30101
Assigned To : Unassigned
Assign. Date : 2/28/2025
Description: CMP USA V. MICLESCU (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 21, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
On or about February 21, 2025 in the Eastern District of Michigan, Southern Division, Catalin MICLESCU, an alien from Romania was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about March 19, 2018, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Everson, BPA
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __February 28, 2025__

*Judge's signature*

City and state: _Detroit, MI_

Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Catalin MICLESCU, which reveals the following:

2. MICLESCU is a thirty-seven-year-old male, native and citizen of Romania, who last entered the United States at or near an unknown place, at an unknown time, without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about May 4, 2017, MICLESCU was arrested by Customs and Border Protection Officers at the Brownsville, Texas Point of Entry. He was processed for Expedited Removal.

4. On or about March 19, 2018, MICLESCU was removed back to Romania through Chicago, Illinois.

5. On or about May 5, 2021, MICLESCU was arrested by Border Patrol Agents near Hidalgo, Texas along with his son. MICLESCU and his son were released into the United States due to lack of bedspace.

6. On or about August 14, 2023, MICLESCU was arrest for Engaging in Business without a Permit (misdemeanor) by Police in Mesquite, Nevada. The disposition of that case is unknown.

7. On or about April 12, 2024, MICLESCU was arrested for Manufacturing and Selling Counterfeit Material by Sheriffs in San Bernadino, California. The disposition of that case is unknown.

8. On or about September 22, 2024, Grosse Pointe Park police received a report that a white male with a beard approached two residents and asked them for money in exchange for costume gold necklaces. The man was

driving a black Chevy Tahoe with a Pennsylvania license plate. Officers found the black Tahoe parked at a nearby bank ATM. The driver, identified as MICLESCU, was questioned by police and admitted to trying to sell his chains and trinkets for money, but was not having success. The officers advised MICLESCU to cease his attempts to sell the jewelry until he obtained the proper license to do so.

9. On or about September 24, 2024, MICLESCU was arrested by Sterling Heights Police for Felony Larceny following a call in from an 86-year-old male victim stating that MICLESCU had stolen his 22-karat gold necklace from his neck. Victim stated that while he was loading his groceries into his car, MICLESCU drove his black SUV next to him on the street to try and sell him a necklace. MICLESCU's family members were also in the SUV. Victim stated that MICLESCU placed the fake necklace on his neck. After the victim showed no interest in the necklace, MICLESCU pulled the necklace from his neck. Victim believed that MICLESCU simply removed the fake necklace that he was attempting to sell him, however, he later discovered that MICLESCU had stolen his genuine necklace valued at approximately $4000. Following the incident, Sterling Heights Police arrested MICLESCU following a vehicle stop. Border Patrol Agents place an immigration detainer on MICLESCU to take custody of him following a disposition on the larceny charge.

10. On or about February 20, 2025, MICLESCU was convicted for Felony Larceny and was sentenced to 147 days' imprisonment.

11. On or about February 21, 2025, MICLESCU was arrested by Border Patrol Agents on the immigration detainer. He was transported back to the Detroit Border Patrol Station for processing. His prior order of removal was reinstated.

12. Catalin MICLESCU's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that MICLESCU is a citizen of Romania with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that MICLESCU legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

13. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

14. Review of the Alien File (A# xxx xxx 846) for Catalin MICLESCU and queries in Department of Homeland Security databases confirm no record exists of MICLESCU obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on March 19, 2018.

15. Based on the above information, I believe there is probable cause to conclude that Catalin MICLESCU, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Kimberly Altman
United States Magistrate Judge

February 28, 2025